IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUIXIN LIN | ) |
| 4495 Greengrove Dr. | ) |
| Allison Park, PA 15101 | ) |
| 6266729101 | ) |
| jessimia@yahoo.com | ) |
| Pro Se Plaintiff | ) |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Western District Of Pennsylvania | ) | |
| Huixin Lin, | ) | |
| Plaintiff | ) | Case 2:25 cv1703 |
| V. | ) | |
| No. | ) | |
| U.S.Citizenship and Immigration Services | ) | |
| Department of Homeland Security | ) | |
| U.S. Attorney General | ) | |
| USCIS DIRECTOR, JOSEPH B. EDLOW | ) | |
| DHS SECRETARY, KRISTI NOEM | ) | |
| Defendants. | ) | |

FILED

OCT 31 2025

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

COMPLAINT FOR WRIT OF MANDAMUS

I. INTRODUCTION

1.Plaintiff ,HuixinLin, brings this action under 28 U.S.C.§ 1361(Mandamus Act) and 5 U.S.C.§ 706(1)(Administrative Procedure) to compel Defendants to adjudicate Plaintiff's pending( Form I-601, Application for waiver of Grounds of Inadmissibility) in a timely manner.

2.Plaintiff has suffered unreasonable delay, causing significant personal and professional hardship.

II. JURISDICTION AND VENUE

3.This Court has jurisdiction under 28 U.S.C.§1331(Federal Question) and 28 U.S.C.§1361 (Mandamus).

4.Venue is proper under 28 U.S.C.§ 1391(e) as Plaintiff resides in Allison Park, PA, within this Court's jurisdiction.

III. PARTIES

5.Plaintiff: Huixin Lin, a resident of Allison Park, PA. lawfully residing in the United States.

6.Defendants:

   a. USCIS, located at 5900 Capital Gateway Drive, Camp Springs, MD 20746.

   b. DHS, located at 245 Murray Lane SW, Washington, DC 20528.

   c.U.S. Attorney General, located at 950 Pennsylvania Avenue NW, Washington,DC 20530-01

   d. JOSEPH B. EDLOW, Director of USCIS, located at 5900 Capital Gateway Drive,

   Camp Springs, MD 20746

   e. KRISTI NOEM, Secretary of DHS, located at 245 Murray Lane

   SW, Washington, DC 20528

IV. FACTS

7. On 4/27/2024, Plaintiff filled form I-601 with USCIS(Receipt number: MSC2490660370)

8. As of 10/29/2025, 18+ months have passed with NO decision, exceeding the reasonable processing time of 12 months.

9. Plaintiff suffers extreme hardship (significant personal and professional hardship).

V. CAUSES OF ACTION

10. Mandamus Act ( 28 U.S.C.§ 1361):Defendants have a non-discretionary duty to adjudicate Plaintiff's application within a reasonable time. The delay is unreasonable.

11. Administrative Procedure Act (5 U.S.C.§ 706) :Defendants's failure to act constitutes agency action unlawfully withheld or unreasonably delayed.

VI. RELIEF SOUGHT:

Plaintiff respectfully requests:

a. A Writ of Mandamus compelling Defendants to adjudicate Plaintiff's Form I-601 within 30 days.

b. Any other relief the Court deems just and proper.

Date:  October 29, 2025